General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

*Milton Willie*
*1000 South Adams St Lot*
*58 Carthage TX 75633*

Case Number : _____

List the full name of each plaintiff in this action.

VS.

*East Texas Educational*
*Insurance Assoc*
*PO Box 7500 Tyler Texas 75703*

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

       1. **Employ Counsel** *(circled)*
       2. Court - Appointed Counsel
       3. Lawyer Referral Service of the State Bar of Texas,
          P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):
       ① *don't have one*
       ② *no luck.*

C. Results of the conference with counsel:

NO LAWYER WILL TAKE MY CASE SIR. NOT RIGHT KNOW.

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  ✓ Yes  ___ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

   1. Approximate file date of lawsuit: December 2009 8

   2. Parties to previous lawsuit(s):
      Plaintiff Milton Willie
      Defendant East Texas Educational Insurance Assoc
      Attach a separate piece of paper for additional plaintiffs or defendants.

   3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.
      district Dallas Federal Court

   4. Docket number in other court. Cant Remember

   5. Name of judge to whom the case was assigned.
      Judge Dawson

   6. Disposition: Was the case dismissed, appealed or still pending?
      My Lawyer got off my case because I cant pay him the rest of his money

   7. Approximate date of disposition. March 10 I thank 2009 8

III.  Parties to this suit:

    A.  List the full name and address of each plaintiff:

    Pla #1  Milton Gene Willice
PO Box 331 Beckville TX 75631
(903) 263-2534 or (903) 263-1682

    Pla #2 _____

    B.  List the full name of each defendant, their official position, place of employment and full mailing address.

    Dft #1: East Texas Educational Insurance Assoc. PO Box 7500 Tyler TX 75703 (903) 509-8484

    Dft #2: Division of Workers Compensation, PO Box 12050 Austin TX 78711  1-800-252-7031

    Dft #3: 1 Bull Dog Dr Carthage TX 75633  (903) 693-2552

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

East Texas Educational Insurance Assoc, is denying me of my medical. Right now do Two. The 2-Ro impairment Rating DR Foox give me. How can He give me 2-Ro an am disabled from my work injuries right know am still trying to fright them buy myself over this an all my evidence was not percentage to DR. Foox at the time when I went to Him for my impairment Rating. An they give me life of medical for my injuries that or compensate injuries I still can't work up till this day I have a spinal cord stimulator in my back from my work injuries right know. Still under DR care

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I tride to get back in with the work comp but they will not let me back in for a hearing on this as you can see in the paper work I sent yall deny me again on this.

Signed this __18__ day of __August__, 20__23__.
(Month) (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __8-18-2023__
Date

_____
Signature of each plaintiff