# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 30, 2025

Mr. David O'Toole
Eastern District of Texas, Marshall
United States District Court
100 E. Houston Street
Room 125
Marshall, TX 75670-0000

    No. 25-40403   Willie v. East Texas Educational
                          USDC No. 2:23-CV-383

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Jeanfreau, Deputy Clerk
                              504-310-7645

cc:
    Mr. Milton Willie

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 30, 2025
Lyle W. Cayce
Clerk

No. 25-40403

Milton Willie,

    *Plaintiff—Appellant*,

*versus*

East Texas Educational Insurance Association;
Division of Workers Compensation; Bull Dog OP,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 2:23-CV-383

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of July 30, 2025, for want of prosecution. The appellant failed to timely pay a filing fee.

                                    Lyle W. Cayce
                                    Clerk of the United States Court
                                    of Appeals for the Fifth Circuit

                                    By: _____
                                    Rebecca L. Jeanfreau, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT